FILED
February 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____RR_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) EDSON JOSE CONTRERAS-TORREALBA<br>(2) EYLEEN AULAR-MARIN<br>(3) RONAYDE SALAZAR-GARCIA<br><br>Defendants. | Case No: 5-24-CR-00463-FB<br><br>**1st SUPERSEDING INDICTMENT**<br><br>**COUNT 1:  18 U.S.C. §§ 1590(a) and 2**<br>Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor and Aiding and Abetting<br><br>**COUNT 2: 18 U.S.C. §§ 1590(a) and 2**<br>Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor and Aiding and Abetting<br><br>**COUNT 3: 18 U.S.C. § 922(g)(5)**<br>Alien in Possession of a Firearm<br><br>**COUNT 4: 18 U.S.C. § 1589(b)**<br>Benefitting from Forced Labor |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. §1590(a) and 2]

Between approximately August 12, 2024, and approximately August 19, 2024, in the Western District of Texas, Defendants,

**(1) EDSON JOSE CONTRERAS-TORREALBA,
(2) EYLEEN AULAR-MARIN, and
(3) RONAYDE SALAZAR-GARCIA,**

aiding and abetting one another, did knowingly, recruit, entice, harbor, transport, or obtain by any means, a person, namely, Victim 1, with initials S.M.R., for labor or services, in violation of Title 18, United States Code, Section 1590 and 2.

## COUNT TWO
### [18 U.S.C. §1590(a) and 2]

Between approximately March 1, 2024, and approximately August 19, 2024, in the Western District of Texas, Defendants,

**(1) EDSON JOSE CONTRERAS-TORREALBA,**
**(2) EYLEEN AULAR-MARIN, and**
**(3) RONAYDE SALAZAR-GARCIA**

aiding and abetting one another, did knowingly, recruit, entice, harbor, transport, or obtain by any means, a person, namely, Victim 2, with initials C.M.E, for labor or services, in violation of Title 18, United States Code, Section 1590 and 2.

## COUNT THREE
### [18 U.S.C. § 922(g)(5)]

On or about August 19, 2024, in the Western District of Texas, Defendant,

**(1) EDSON JOSE CONTRERAS-TORREALBA,**

knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit, Smith and Wesson model M&P 9 Shield pistol, 9x19 mm caliber, serial number JDU5367, and the firearm had traveled in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT FOUR
### [18 U.S.C. § 1589(b)]

Between approximately May 1, 2024, and approximately August 19, 2024, in the Western District of Texas, Defendant,

**(3) RONAYDE SALAZAR-GARCIA,**

knowingly benefited, financially or by receiving anything of value, from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means

described in subsection (a), knowing or in reckless disregard of the fact that the venture has engaged in the providing or obtaining of labor or services by any of such means, in violation of Title 18, United States Code, Section 1589(b).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**I.**
**Sexual Exploitation Violation and Criminal Forfeiture Statutes**
[Title 18 U.S.C. § 1591, subject to forfeiture pursuant to
Title 18 U.S.C. § 1594(d)(1) and (2)]

As a result of the criminal violations set forth in Counts One and Two, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim P. 32.2 and Title 18 U.S.C. § 1594(d)(1) and (2), which state:

> **Title 18 U.S.C. § 1594. General provisions**
> **(d)** The court, in imposing sentence on any person convicted of a violation of this chapter, shall order, in addition to any other sentence imposed and irrespective of any provision of State law, that such person shall forfeit to the United States-
> > **(1)** such person's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and
> > **(2)** any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**II.**
**Firearm Violation and Forfeiture Statutes**
[Title 18 U.S.C. § 922(g)(5) subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1),
made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Count Three the United States gives notice to the Defendant EDSON JOSE CONTRERAS-TORREALBA of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title

18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states.-

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to the following property:

1. Smith and Wesson model M&P 9 Shield pistol, 9x19 mm caliber, serial number JDU5367, seized from EDSON JOSE CONTRERAS-TORREALBA; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR ALICIA MCNAB
Assistant United States Attorney

4